**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**CLERK'S MINUTES**

**CASE NO.:  4:25cr-110**

**UNITED STATES OF AMERICA**

**v.**

**Bernadel Semexant**

**DATE:**  July 1, 2026

**TIME:**  9:15-10:40, 10:50-11:32

**LOCATION:**  SAVANNAH

**Judge:**  Christopher L. Ray, US Magistrate Judge

**Court Reporter:**  FTR SAV-CR2

**Probation Officer:**  n/a

**Attorney(s) for Government:**  Sherri Stephan

**Attorney(s) for Defendant:**  William Turner

**Courtroom Deputy:**  James Burrell

**Law Clerk:**  MT

**Security:**  Frieberg/Harvey

**PROCEEDINGS:**      **MOTION HEARING**

Motion(s) before the Court:

Doc. 45 Motion for Jackson/Denno Hearing

Government's witness(es):

   Detective Limayri Cruz
   Detective James Snider

Defendant's witness(es):

   Bernadel Semexant

**ADDITIONAL COMMENTS/RULINGS:**

Seven Days for Defendant to file a brief.
Seven Days for the Government to Respond.
Motion will be taken under advisement when briefing is complete.